IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LYNN WAYNE WOOLEY, §
 §
　　　　Plaintiff, §
 §
VS. § NO. 4:16-CV-1162-A
 §
NANCY A. BERRYHILL, ACTING §
COMMISSIONER, SOCIAL SECURITY §
ADMINISTRATION,[1] §
 §
　　　　Defendant. §

ORDER

Came on for consideration the above-captioned action wherein Lynn Wayne Wooley, is plaintiff and the Acting Commissioner of Social Security, currently Nancy A. Berryhill, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for supplemental security income. On November 1, 2017, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until November 15, 2017, in which to file and serve any written objections thereto. To date, neither party has filed objections. Nevertheless, the court has conducted a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, and has concluded

---

[1] Nancy A. Berryhill replaced Carolyn W. Colvin as acting commissioner of the Social Security Administration. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Berryhill is automatically substituted as the party of record.

that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for supplemental security income protectively filed on August 17, 2012, plaintiff, Lynn Wayne Wooley, is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED November 21, 2017

JOHN McBRYDE
United States District Judge